# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0498
_____

LADIES MEMORIAL ASSOCIATION,
INC., WESLEY ODOM,
Individually and as a Friend of
the Pensacola Cenotaph and as
the owner of Go Retro, Inc.,
MICHAEL B. HILL, Individually
and as a Friend of the Pensacola
Cenotaph, THE STEPHEN
RUSSELL MALLORY CAMP 1315,
SONS OF CONFEDERATE
VETERANS, INC., and SAVE
SOUTHERN HERITAGE FLORIDA
CHAPTER,

     Appellants,

     v.

THE CITY OF PENSACOLA, a
Municipality, et al.

     Appellees.

_____


On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.


October 16, 2025

PER CURIAM.

AFFIRMED.

ROWE, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

David R. McCallister, Dade City, for Appellants.

Bruce D. Partington, Clark Partington Attorneys at Law, Pensacola, for The City of Pensacola.

Joseph A. Schiller, Pensacola, for the Guardians of American History, Inc.